MICHAEL CAPPADONNA, DEFENDANT-APPELLANT, v. PASSAIC MOTORS, INC., PROSECUTOR-RESPONDENT.

Submitted May 28, 1948—Decided September 3, 1948.

For the defendant-appellant, *Aaron Heller* and *Dominick De Muro.*

For the prosecutor-respondent, *Kalisch & Kalisch (Isidor Kalisch).*

PER CURIAM.

The questions are chiefly on the facts, and since there is supporting proof we are bound as to them by the Supreme Court decision. *Pitchenick* v. *New York Folding Box Co.,* 129 *N. J. L.* 399; *Suburban Land Improvement Co.* v. *Vailsburgh,* 68 *Id.* 311. In so far as the dispute is of law we affirm, for the reasons stated in the opinion of Mr. Justice Bodine filed in the Supreme Court.

The judgment below is affirmed.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, DONGES, COLIE, EASTWOOD, BURLING, JACOBS, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ.    12.

*For reversal*—None.